AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
CARLOS ANTONIO GALEAS

*Defendant(s)*

Case No. 2:26-mj-06067-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 18, 2018 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Mark Williams, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7:01 PM 10/16/26

*Judge's signature*

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

**AFFIDAVIT**

I, Mark Williams, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for CARLOS ANTONIO GALEAS ("GALEAS") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. **BACKGROUND OF AFFIANT**

3. I am a Special Agent with Homeland Security Investigations ("HSI") and have been since January 2024. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. At the Federal Law Enforcement Training Center, I completed the Criminal Investigator Training Program with 480 hours of training, and the HSI Special Agent training with another 480 hours of training. Prior to becoming a federal law enforcement officer, I was a State of Maryland Police Officer

for five years.

5. As part of my official duties as a Special Agent with HSI, I investigate matters concerning bulk cash smuggling, narcotics trafficking, human smuggling, weapons trafficking, Drug Trafficking Organizations, Transnational Criminal Organizations ("TCOs"), wire fraud, money laundering, and other crimes. I have participated in various aspects of criminal investigations, including telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, controlled deliveries, Under Cover Operations, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in investigating financial crimes. I have also interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit financial crimes.

6. Based upon my experience and training with HSI as well as conversations I have had with agents and law enforcement officers who specialize in TCO investigations, bulk cash smuggling investigations and alien smuggling investigations, I am familiar with the methods utilized to investigate these crimes.

## III. STATEMENT OF PROBABLE CAUSE

7. Department of Homeland Security ("DHS") records reveal that GALEAS was born on June XX, 1972, in Honduras, and is a native and citizen of the Honduras, who entered the United States in 1991 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States

citizens.

8. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for GALEAS with fraud indicators that GALEAS either registered to vote, has voted, or both.

9. During the HSI investigation of GALEAS, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number AXXXXXX432 in the name "Carlos Antonio Galeas" with a date of birth of June XX, 1972, country of birth and citizenship as Honduras. This record includes a photograph of the person SAs recognize to be GALEAS. This recognition is based on my comparison to other law enforcement photographs of GALEAS and SAs' personal interactions with GALEAS. This record also lists additional identifying information for GALEAS to include a physical address: XXXX Herald St, West Covina, CA, 91790, a telephone number ending in -0645, an email of CARLOSGALEAS98@XXXXX.COM, and date of birth of June XX, 1972.

10. Immigration documentation, specifically N-400 records for GALEAS, also lists his birth country and citizenship as Honduras, and contains a Social Security number ending in 0610 and a driver's license number FXXXX875.

11. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number FXXXX875 is associated with the name

"Carlos Antonio Galeas" and is associated with the same address at XXXX Herald St, West Covina, CA, 91790. The latest issue date of this record is March 15, 2022, and it contained a photograph which SAs believe depicts GALEAS based on based on SAs' comparisons to pictures, and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as June XX, 1972 and contains an image of GALEAS' signature.






12. During the HSI investigation of GALEAS, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for GALEAS associated with the same address at XXXX Herald St, West Covina, CA, 91790.

13. In September 2026, SAs received certified voter registration application number XXXXX860, a voter registration receipt, and a signature image from the Los Angeles County

Registrar's Office, Office of County Counsel of Los Angeles. The voter registration application contained two separate California registration forms from 2016 and 2012.

14. The voter registration name on both California registration forms is listed as "Carlos A Galeas" and lists the address as XXXX Bright Ave, Whittier, CA 90601; for the 2016 California registration form, and XXXXX Floral Dr, Whittier, CA 90601; for the 2012 California registration form. Under the application question of "I am a U.S. citizen," a check mark is marked in the box for both California registration forms in 2016 and 2012. Following a declaration under penalty of perjury warning, the California registration forms are signed and dated February 28, 2016, and November 02, 2012.



X I am a U.S. citizen.
X I am a California resident.
X I am at least 18 years old on Election Day.
X I am not in prison or on parole for the conviction of a felony.
X I am not currently judged by a court to be mentally incompetent.



AFFIDAVIT NUMBER : 65BE071511
SIGNATURE
November 02, 2012
DATE



X I am a U.S. citizen.
X I am a California resident.
X I am at least 18 years old on Election Day.
X I am not in prison or on parole for the conviction of a felony.
X I am not currently judged by a court to be mentally incompetent.


AFFIDAVIT NUMBER : 65BJ975061

SIGNATURE

02/28/2016

DATE

15. The voter application also provided the following for GALEAS:

a. California ID number DL #FXXXX875
b. Date of birth as June XX, 1972
c. Place of birth as Honduras
d. "SSN4" as -0610
e. Phone number as (310)684-XXXX
f. Email as CARLOSGALEASXX@XXXXX.COM

16. The signatures from 2016 and 2012 supplied by the California registration forms and attached to voter application number XXXXX860 are in the name of GALEAS and appear to match GALEAS's signature on his California driver's license dated March 15, 2022.

17. Additionally, SAs have reviewed DHS records to determine whether GALEAS has ever sought or obtained United States citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show GALEAS is seeking naturalization and filed an N-400 application. A record of photo identification was uploaded to the application including a copy of GALEAS' Permanent Resident Card A XXXXXX432.




18. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated September 18, 2018.

| | | | |
|---|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes | ☒ No |
| 2. | Have you **EVER** registered to vote in any Federal, state, or local election in the United States? | ☐ Yes | ☒ No |

***Applicant's Signature***

| | | |
|---|---|---|
| 3. | Applicant's Signature | Date of Signature (mm/dd/yyyy) |
| ➡ | carlos galeas | 09/18/2018 |

19. The Form N-400 Naturalization application also

provided the following for GALEAS:

a. Alien Number as AXXXXXX432
b. Date of birth as June XX, 1972
c. Place of birth as Honduras
d. "SSN4" as -0610
e. Phone number as (562)632-XXXX
f. Email as CARLOSGALEASXX@XXXXX.COM

20. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

21. On September 10, 2026, SAs left a business card at GALEAS residence at XXXX Herald St, West Covina, CA, 91790. On September 15, 2026, SAs conducted a telephonic interview with GALEAS via phone number 562-632-XXXX. After verifying his identity through a series of questions including his date of birth and current address, SAs asked if he was registered to vote. GALEAS stated when he moved to California from Louisiana in 2010, he accidentally registered to vote while changing his driver's license. GALEAS stated he never voted and has not received any ballots in the mail; however, he said that he has contacted the CA DMV to be removed from the voter registry. GALEAS also stated no one has contacted him to vote. When asked if he has ever been a victim of identity theft, GALEAS

stated he personally has not, but his wife and mother have been victims of identity theft. This explanation is contradicted by his second registration to vote.

## IV. CONCLUSION

22. Based on the foregoing, I believe there is probable cause to believe that GALEAS knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/
MARK WILLIAMS, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE